WWR# 041231980

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| Maurie A. Ford ) | Bankruptcy No. 22-20596-GLT |
| Debtor ) | |
| ) | Chapter 13 |
| West-Aircomm Federal Credit Union ) | |
| Movant ) | Related to Doc No: 65 |
| ) | |
| v. ) | |
| ) | |
| Maurie A. Ford ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondents ) | |
| ) | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(A)(3)**

I, Garry Masterson, certify under penalty of perjury that I served the above captioned Order on the parties below, on 01/17/2024.

**Service by First-Class Mail**:

Maurie A. Ford, Debtor
147 Maple Lo Dr
Pittsburgh, PA 15235

**and Service by NEF/ECF**:

Matthew M. Brennan, Debtors Attorney at attorneymatthewbrennan@gmail.com
Ronda J. Winnecour, Trustee at cmecf@chapter13trusteewdpa.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.pi.ecf@usdoj.gov

EXECUTED ON: 01/17/2024

By:   /s/Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com