**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| In Re: | : | |
| MAURIE A. FORD, | : | Bankruptcy No. 22-20596-GLT |
| Debtor | : | Chapter 13 |
| Freedom Mortgage Corporation | : | Document No. 72 |
| Movant | : | Hearing Date & Time: April 3, 2024 @ 10:00 AM |
| | : | |
| v. | : | |
| MAURIE A. FORD | : | 11 U.S.C. §362 |
| and | | |
| Ronda J. Winnecour, ESQUIRE (TRUSTEE) | | |
| | | |
| Respondent(s) | : | |

**CERTIFICATION OF NO OBJECTION REGARDING FREEDOM MORTGAGE CORPORATION'S MOTION FOR RELIEF FROM STAY (DE 72)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 27, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 27, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  March 29, 2024                Respectfully submitted,

                    Brock & Scott, PLLC

                    */s/Mario Hanyon*
                    Andrew Spivack, PA Bar No. 84439
                    Matthew Fissel, PA Bar No. 314567
                    Mario Hanyon, PA Bar No. 203993
                    Ryan Starks, PA Bar No. 330002
                    Jay Jones, PA Bar No. 86657
                    Attorney for Creditor
                    BROCK & SCOTT, PLLC
                    3825 Forrestgate Drive
                    Winston Salem, NC 27103
                    Telephone: (844) 856-6646

**PAWB Local Form 25 (07/13)**

Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**PAWB Local Form 25 (07/13)**