Form COD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Bankruptcy Case No.: 22−20596−GLT
                                                    Chapter: 13

**Maurie A. Ford**

   Debtor(s)

### ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13
### TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

   A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

   B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

   C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

   Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: April 11, 2024                               Gregory L Taddonio
                                                    United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Maurie A. Ford  
    Debtor

Case No. 22-20596-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 11, 2024      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maurie A. Ford, 147 Maple Lo Drive, Pittsburgh, PA 15235-2027 |
| 15468289 | + | Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 15473789 | + | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15471290 | + | West-Aircomm FCU, 485 Buffalo St, Beaver, PA 15009-2058 |
| 15468295 | + | West-Aircomm Federal Credit Union, 485 Buffalo St., Beaver, PA 15009-2098 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 11 2024 23:58:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 11 2024 23:58:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, SEATTLE, WA 98101, UNITED STATES 98101-2051 |
| 15468287 | + | Email/PDF: bncnotices@becket-lee.com | Apr 12 2024 00:22:52 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 15481247 | | Email/PDF: bncnotices@becket-lee.com | Apr 12 2024 00:23:09 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15468288 | + | Email/Text: bankruptcy@bmgmoney.com | Apr 11 2024 23:59:00 | BMG Money, 444 Brickell Avenue, Suite 250, Miami, FL 33131-2404 |
| 15468290 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2024 00:23:08 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15482144 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2024 00:22:40 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15468291 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2024 00:22:45 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15487658 | + | Email/Text: jdryer@bernsteinlaw.com | Apr 11 2024 23:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15485023 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 11 2024 23:58:00 | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 15468292 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 11 2024 23:58:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15468293 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2024 23:58:00 | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| 15470173 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2024 00:22:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 22-20596-GLT    Doc 81    Filed 04/13/24    Entered 04/14/24 00:26:04    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Type | Notice Date/Time | Recipient |
|---|---|---|---|---|
| 15473789 | + | Email/Text: jlc@mbm-law.net | Apr 11 2024 23:58:00 | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Ste. 3, Pittsburgh, PA 15235-4441 |
| 15677606 | + | Email/Text: bncmail@w-legal.com | Apr 11 2024 23:58:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 15468294 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 11 2024 23:58:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15482678 | | Email/Text: BNCnotices@dcmservices.com | Apr 11 2024 23:58:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15472672 | | Email/Text: BNCnotices@dcmservices.com | Apr 11 2024 23:58:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15470876 | | Email/Text: EDBKNotices@ecmc.org | Apr 11 2024 23:58:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15629475 | + | Email/Text: BKRMailOps@weltman.com | Apr 11 2024 23:59:00 | West-Aircomm Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | West-Aircomm Federal Credit Union |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15653319 | *+ | Freedom Mortgage, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor West-Aircomm Federal Credit Union pitecf@weltman.com gmasterson@weltman.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills Municipality jlc@mbm-law.net |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 24

Keri P. Ebeck
          on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
          btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
          on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew M. Brennan
          on behalf of Debtor Maurie A. Ford attorneymatthewbrennan@gmail.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com


TOTAL: 8