**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MAURIE A. FORD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-20596 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/30/2022 and confirmed on 05/10/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,192.49 |
| Less Refunds to Debtor | 5.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,187.48 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,882.33 | |
|   Trustee Fee | 1,180.65 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,062.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORPORATION<br>  Acct: 9365 | 16,467.44 | 16,467.44 | 0.00 | 16,467.44 |
| FREEDOM MORTGAGE CORPORATION<br>  Acct: 9365 | 436.84 | 436.84 | 0.00 | 436.84 |
| FREEDOM MORTGAGE CORPORATION<br>  Acct: 9365 | 1,016.06 | 1,016.06 | 0.00 | 1,016.06 |
| PENN HILLS MUNICIPALITY (RE TAX)<br>  Acct: F231 | 9.19 | 9.19 | 58.19 | 67.38 |
| PENN HILLS MUNICIPALITY (RE TAX)<br>  Acct: F231 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST AIRCOMM FCU<br>  Acct: 5-02 | 6,136.78 | 6,136.78 | 0.00 | 6,136.78 |
| | | | | 24,124.50 |
| **Priority** | | | | |
| MATTHEW M BRENNAN ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MAURIE A. FORD<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 22-20596 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|     MAURIE A. FORD | 5.01 | 5.01 | 0.00 | 0.00 |
|     Acct: | | | | |
|     MATTHEW M BRENNAN ESQ | 4,000.00 | 2,882.33 | 0.00 | 0.00 |
|     Acct: | | | | |
|     INTERNAL REVENUE SERVICE* | 4,924.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 8941 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| Unsecured | | | | |
|     AMERICAN FIRST FINANCE LLC | 95.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 0951 | | | | |
|     SCOLOPAX LLC | 1,731.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 0624 | | | | |
|     CAPITAL ONE BANK (USA) NA BY AMERIC. | 326.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 1670 | | | | |
|     CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6004 | | | | |
|     US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8941 | | | | |
|     US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2267 | | | | |
|     UPMC PHYSICIAN SERVICES | 1,113.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 8941 | | | | |
|     LVNV FUNDING LLC | 314.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 9142 | | | | |
|     UPMC HEALTH SERVICES | 3,060.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 8941 | | | | |
|     INTERNAL REVENUE SERVICE* | 592.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 8941 | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 198.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 8280 | | | | |
|     BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 24,124.50 |
|   TOTAL CLAIMED | | |
|   PRIORITY | 4,924.20 | |
|   SECURED | 24,066.31 | |
|   UNSECURED | 7.433.21 | |

Date: 06/04/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com